## FITZROY JACKSON *v.* COMMISSIONER OF CORRECTION

The petitioner Fitzroy Jackson's petition for certification for appeal from the Appellate Court, 68 Conn. App. 907 (AC 21581), is denied.

*Judith M. Wildfeur*, deputy assistant public defender, in support of the petition.

*Richard F. Jacobson*, special assistant state's attorney, in opposition.

Decided May 22, 2002

## STATE OF CONNECTICUT *v.* PATRICK COLLINS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 68 Conn. App. 828 (AC 21589), is denied.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, *John A. Connelly*, state's attorney, and *Maureen M. Keegan*, supervisory assistant state's attorney, in support of the petition.

*John R. Williams*, in opposition.

Decided May 22, 2002